UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANIMAL MEDICAL CENTER<br>OF ORLAND PARK, INC.,<br>on behalf of Plaintiff and<br>the class members defined herein<br><br>       Plaintiff,<br><br>   vs.<br><br>CLOSERSTILL MEDIA, LIMITED;<br>CLOSERSTILL US HOLDING COMPANY<br>INC.; CLOSERSTILL VET US LLC;<br>and JOHN DOES 1-10,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-05618<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' REPORT ON STATUS OF SETTLEMENT**

Plaintiff Animal Medical Center of Orland Park, Inc. and Defendants CloserStill Media, Limited; CloserStill Vet US LLC; and CloserStill US Holding Company Inc. recently informed the Court that that the Parties have reached an agreement to resolve this matter on an individual basis. In response, the Court directed that, unless a stipulation of dismissal is filed on or by April 25, 2022, the Parties should file a status report updating the Court on the status of the settlement. [Dkt No. 24]

Consequently, the Parties submit this report and advise that, as of the filing, the terms of the Parties' individual settlement has been agreed upon and finalized. The Parties have proceeded to execution of the settlement documents and anticipate that they will be prepared to file a stipulation of dismissal within 14 days.

Date: April 25, 2022                                    Respectfully submitted,

*Counsel for Plaintiff*                                 *Counsel for Defendant*

/s/__Dulijaza Clark_____                               /s/ __David Poell_____(w/ consent)_
    Dulijaza (Julie) Clark

Daniel A. Edelman                                       David Poell
Dulijaza (Julie) Clark                                  Amanda Witt
Julia Ozello                                            SHEPPARD MULLIN RICHTER
EDELMAN, COMBS, LATTURNER                                   & HAMPTON, LLC
& GOODWIN, LLC                                          70 West Madison Street, 48th Floor
20 S. Clark Street, Ste 1500                            Chicago, IL 60604
Chicago, IL 60603                                       T:  312-499-6300
(312) 739-4200                                          F:  312-499-6301
courtecl@edcombs.com

Frank F. Owen (Florida Bar No. 0702188)
**FRANK F. OWEN & ASSOCIATES, P.A.**
1091 Ibis Avenue
Miami Springs, Florida 33166
(305) 984-8915
FFO@Castlepalms.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I, Julia Ozello, certify that on April 25, 2022, I caused the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties by operation of the Court's electronic filing system.

                /s/ Dulijaza Clark
                Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Ste 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com