IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANIMAL MEDICAL CENTER OF ORLAND PARK, INC., on behalf of Plaintiff and the class members defined herein,<br><br>        Plaintiff,<br><br>vs.<br><br>CLOSERSTILL MEDIA, LIMITED; CLOSERSTILL US HOLDING COMPANY INC.; CLOSERSTILL VET US LLC; and JOHN DOES 1-10,<br><br>        Defendant. | Case No. 1:21-cv-05618 |

**STIPULATION OF DISMISSAL**

Plaintiff, Animal Medical Center of Orland Park, Inc, and Defendants CloserStill Media, Limited; CloserStill Vet US LLC; and CloserStill US Holding Company Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, and without prejudice as to the claims of the putative class, with each party to bear their own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

*Counsel for Plaintiff*                                              *Counsel for Defendant*


/s/ *Dulijaza Clark*                                              /s/ *David Poell*          *(w/ consent)*
   Dulijaza (Julie) Clark

Daniel A. Edelman                                               David Poell
Dulijaza (Julie) Clark                                           Amanda Witt
EDELMAN, COMBS, LATTURNER                    SHEPPARD MULLIN RICHTER
& GOODWIN, LLC                                             & HAMPTON, LLC
20 S. Clark Street, Ste 1500                                70 West Madison Street, 48th Floor
Chicago, IL 60603                                              Chicago, IL 60604
(312) 739-4200                                                   T: 312-499-6300
courtecl@edcombs.com                                    F: 312-499-6301

1

Frank F. Owen (Florida Bar No. 0702188)
**FRANK F. OWEN & ASSOCIATES, P.A.**
1091 Ibis Avenue
Miami Springs, Florida 33166
(305) 984-8915
FFO@Castlepalms.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on Wednesday, May 11, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

                                                         /s/__*Dulijaza Clark*_____
                                                         Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Ste 1500
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com